CLOSED,ENRON–NEWBY,MDL,MEMBER,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:03–cv–00815

| | |
|---|---|
| Silvercreek Mgt Inc, et al v. Citigroup Inc, et al **Case has been remanded to Southern District of New York.** | Date Filed: 03/06/2003 |
| Assigned to: Judge Melinda Harmon | Date Terminated: 06/02/2016 |
| Demand: $0 | Jury Demand: None |
| Lead case: 4:01–cv–03624 | Nature of Suit: 850 |
| Member case: (View Member Case) | Securities/Commodities |
| Case in other court: SDNY, 02cv8881 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Securities Violation | |

**Plaintiff**

**Silvercreek Management Inc**     represented by     **Aron K Liang**
Cotchett Pitre and Carthy
840 Malcolm Rd
Ste 200
Burlingame, CA 94010
650–697–6000
Email: aliang@cpmlegal.com
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara L. Lyons**
Cotchett Pitre &McCarthy
840 Malcolm Rd
Ste 200
Burlingame, CA 94010
Fax: 650–697–0577
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce S. Sperling**
Sperling &Slater, P.C.
55 West Monroe Street
STE 3200
Chicago, IL 60603
312–641–3200
Fax: 312–641–6492
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M Grossman**
Pomerantz LLP
600 3rd Ave Fl 20
New York, NY 10016–1917
212–661–1100
Fax: 212–661–8665 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Cotchett, Pitre &McCarthy
840 Malcolm Rd
Ste 200
Burlingame, CA 94010
650–697–6997
Fax: 650–697–0577 fax
Email: swilliams@cpmlegal.com

*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Carducci**
Cotchett, Pitre, Simon &McCarthy
840 Malcolm Rd Ste 200
Burlingame, CA 94010
*ATTORNEY TO BE NOTICED*

**Eugene Frett**
Sperling &Slater, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
312–641–3200
Email: gfrett@sperling–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**H Adam Prussin**
Pomerantz Haudek et al
100 Park Ave
New York, NY 21266
212–661–1100
Fax: 212–661–8665 fax

**Scott F Hessell**
Sperling &Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
312.641.3200
Fax: 312.641.6492
Email: shessell@sperling–law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvercreek Limited Partnership**    represented by    **Aron K Liang**
(See above for address)
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara L. Lyons**
(See above for address)
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce S. Sperling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M Grossman**
Pomerantz LLP
600 3rd Avenue, Fl. 20
New York, NY 10016–1917
212–661–1100
Fax: 212–661–8665 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)

*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Frett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**H Adam Prussin**
(See above for address)

**Scott F Hessell**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Silvercreek II Limited**                    represented by    **Aron K Liang**
(See above for address)
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara L. Lyons**
(See above for address)
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce S. Sperling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*TERMINATED: 10/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Frett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**H Adam Prussin**
(See above for address)

**Scott F Hessell**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Onyx Industrial Services Inc**              represented by    **Stanley M Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H Adam Prussin**
(See above for address)

**Scott F Hessell**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Peeble Limited Partnership**                    represented by      **Aron K Liang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley M Grossman**
Pomerantz Haudek et al
100 Park Ave
New York, NY 10017–5516
212–661–1100
Fax: 212–661–8665 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H Adam Prussin**
(See above for address)

<u>**Plaintiff**</u>

**Onex Industrial Partners Limited**              represented by      **Eugene Frett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott F Hessell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Pebble Limited Partnership**                    represented by      **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Frett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott F Hessell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Citigroup Inc**                          represented by   **Jacalyn D Scott**
Wilshire Scott et al
1221 McKinney
Ste 3840
Houston, TX 77010−2011
713−651−1221
Fax: 713−651−0020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America Corp**

**Defendant**

**J.P. Morgan Securities, Inc.**           represented by   **Jonathan D Youngwood**
*TERMINATED: 01/07/2014*                                    Simpson Thacher &Bartlett
425 Lexington Ave
New York, NY 10017−3954
212−455−3735
Fax: 212−455−2502
Email: jyoungwood@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Warren Mithoff , Jr**
Mithoff Law Firm
500 Dallas St
Ste 3450
Houston, TX 77002
713−654−1122
Email: rmithoff@mithofflaw.com
*TERMINATED: 08/29/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Bowen**
Hunton Williams
1445 Ross Ave
Ste 3700
Dallas, TX 75202
214−468−3309
Fax: 214−740−7110
Email: jbowen@hunton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J P Morgan Chase &Co**                   represented by   **Jonathan D Youngwood**
*TERMINATED: 01/07/2014*                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Warren Mithoff , Jr**
(See above for address)
*TERMINATED: 08/29/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Bowen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse First Boston Corporation**

**Defendant**

**Deutsche Bank Alex Brown Inc**               represented by   **Joel M Androphy**
                                                               Berg Androphy
                                                               3704 Travis St
                                                               Houston, TX 77002
                                                               713–529–5622
                                                               Fax: 713–529–3785
                                                               Email: jandrophy@bafirm.com
                                                               *TERMINATED: 03/01/2011*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ruth E Harlow**
                                                               Pepper Hamilton LLP
                                                               620 Eighth Ave
                                                               37th Fl
                                                               New York, NY 10018
                                                               212–808–2700
                                                               Email: harlowr@pepperlaw.com
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric D Wade**
                                                               Porter Hedges LLP
                                                               1000 Main St
                                                               36th Flr
                                                               Houston, TX 77002–6341
                                                               713–226–6655
                                                               Fax: 713–226–6255
                                                               Email: ewade@porterhedges.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank AG**                           represented by   **Eric D Wade**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Joel M Androphy**
                                                               (See above for address)
                                                               *TERMINATED: 03/01/2011*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ruth E Harlow**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Lawrence Byrne**
Pepper Hamilton LLP
620 Eighth Avenue
The New York Times Building
37th Floor
New York, NY 10018−1405
212.808.2700
Fax: 212.286.9806
Email: byrnel@pepperlaw.com
*TERMINATED: 09/02/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclay's Capital Inc**
*TERMINATED: 06/20/2012*

represented by    **David H Braff**
Sullivan &Cromwell LLP
125 Broad St
New York, NY 10004−2498
212−558−4000
Fax: 212−558−3588 fax
Email: braffd@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Abrams**
Blank Rome LLP
717 Texas Avenue
Suite 1400
Houston, TX 77002
713−228−6601
Fax: 713−228−6605
Email: babrams@BlankRome.com
*ATTORNEY TO BE NOTICED*

**Joshua J. Fritsch**
Sullivan &Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−3181
Email: fritschj@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclay's PLC**
*TERMINATED: 06/20/2012*

represented by    **David H Braff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Abrams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua J. Fritsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch &Co**

represented by    **Taylor M Hicks , Jr**
Hicks Thomas LLP
700 Louisiana
Ste 2000
Houston, TX 77002

713–547–9102
Fax: 713–547–9150
Email: thicks@hicks–thomas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andersen Worldwide Societe Cooperative**
*TERMINATED: 06/23/2008*

**Defendant**

**Andersen Co**
*TERMINATED: 06/23/2008*

**Defendant**

**Arthur Andersen–Puerto Rico**
*TERMINATED: 06/23/2008*

**Defendant**

**Andersen LLP**
*TERMINATED: 06/23/2008*

**Defendant**

**Arthur Andersen–Brazil**
*TERMINATED: 06/23/2008*

**Defendant**

**Arthur Andersen**                     represented by   **Alicia A Pell**
*TERMINATED: 06/23/2008*                                 Latham &Watkins LLP
                                                         633 West Fifth St
                                                         Ste 4000
                                                         Los Angeles, CA 90071–2007
                                                         213–485–1234
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **George W Billy Shepherd , III**
                                                         Shepherd Prewett Miller PLLC
                                                         770 South Post Oak Lane
                                                         Suite 420
                                                         Houston, TX 77056
                                                         713–955–4440
                                                         Fax: 713–766–6542
                                                         Email: bshepherd@spmlegal.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph F Berardino**
*TERMINATED: 06/23/2008*

**Defendant**

**Thomas H Bauer**                      represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Russell Hardin , Jr**
                                                         Rusty Hardin and Associates
                                                         1401 McKinney

Ste 2250
Houston, TX 77010
713–652–9000
Fax: 713–652–9800
Email: rhardin@rustyhardin.com
*TERMINATED: 11/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David B Duncan**
*TERMINATED: 06/23/2008*

**Defendant**

**Debra A Cash**                          represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Russell Hardin , Jr**
                                                          (See above for address)
                                                          *TERMINATED: 11/06/2006*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Dreyfuss**                       represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**James A Friedlieb**                     represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**David Stephen Goddard, Jr**             represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Russell Hardin , Jr**
                                                          (See above for address)
                                                          *TERMINATED: 11/06/2006*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Gary B Goolsby**                        represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael M Lowther**                     represented by   **George W Billy Shepherd , III**
*TERMINATED: 06/23/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

Russell Hardin , Jr
(See above for address)
*TERMINATED: 11/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin S Neuhasen**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Michael C Odom**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Russell Hardin , Jr
(See above for address)
*TERMINATED: 11/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard R Petersen**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John E Stewart**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael L Bennett**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William E Swanson**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger D Willard**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Russell Hardin , Jr
(See above for address)
*TERMINATED: 11/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael D Jones**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory W Hale**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John E Sorrells**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danny D Rudloff**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip A Randall**
*TERMINATED: 03/17/2003*

**Defendant**

**Roman W McAlindon**
*TERMINATED: 03/17/2003*

**Defendant**

**C E Andrews**
*TERMINATED: 06/23/2008*

represented by **George W Billy Shepherd , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vinson &Elkins LLP**
*TERMINATED: 01/09/2007*

**Defendant**

**Kirkland &Ellis**

**Defendant**

**Kenneth L Lay**

**Defendant**

**Jeffrey K Skilling**

represented by **Daniel M Petrocelli**
OMelveny Myers LLP
1999 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310–553–6700
Email: dpetrocelli@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon M Barrett**
O'Melveny Myers LLP
1625 Eye St NW
Washington, DC 20006
202–383–5308
Email: sbarrett@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Andrew S Fastow**

**Defendant**
**Robert A Belfer**

**Defendant**
**Norman P Blake**

**Defendant**
**Ronnie C Chan**

**Defendant**
**John H Duncan**

**Defendant**
**Joe H Foy**

**Defendant**
**Wendy L Gramm**

**Defendant**
**Kenneth L Harrison**

**Defendant**
**Robert K Jaedicke**

**Defendant**
**Charles A LeMaistre**

**Defendant**
**Rebecca Mark–Jusbasche**                represented by
**John J McKetta , III**
Graves Dougherty et al
401 Congress Ave
Suite 2200
Austin, TX 78701
512–480–5616
Fax: 512–480–5816
Email: mmcketta@gdhm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**John Mendelsohn**

**Defendant**
**Jerome J Meyer**

**Defendant**

**Paulo V Ferraz Pereira**

**Defendant**

**Frank A Savage**

**Defendant**

**John A Urquhart**

**Defendant**

**John Wakeham**

**Defendant**

**Herbert S Winoker, Jr**

**Defendant**

**Richard Causey**                 represented by   **C. Robert Mace**
                                                   Tekell Book Matthews &Limmer, LLP
                                                   1221 McKinney St
                                                   Ste 4300
                                                   Houston, TX 77010
                                                   713–222–9542
                                                   Fax: 713–655–7727
                                                   Email: bmace@tekellbook.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Buy**

**Defendant**

**John V Derrick, Jr**

**Defendant**

**Credit Suisse First Boston LLC**   represented by   **Lawrence David Finder**
                                                     Baker &McKenzie LLP
                                                     700 Louisiana
                                                     Suite 3000
                                                     Houston, TX 77002
                                                     713–427–5030
                                                     Fax: 713–427–5099
                                                     Email: lawrence.finder@bakermckenzie.com
                                                     *TERMINATED: 09/19/2014*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Odean L Volker**
                                                     Haynes and Boone LLP
                                                     1221 McKinney St
                                                     Ste 2100
                                                     Houston, TX 77010
                                                     713–547–2036
                                                     Email: odean.volker@haynesboone.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Pershing LLC**                     represented by   **Lawrence David Finder**
                                                     (See above for address)

*TERMINATED: 09/19/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L Volker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip A Randall**
*TERMINATED: 03/17/2003*

**Defendant**

**Roman W McAlindon**
*TERMINATED: 03/17/2003*

**Defendant**

**Arthur Andersen**
*TERMINATED: 06/23/2008*

**Defendant**

**Estate of Kenneth Lay**

**Defendant**

**Credit Suisse First Boston (USA) Inc**          represented by   **Lawrence David Finder**
(See above for address)
*TERMINATED: 09/19/2014*
*ATTORNEY TO BE NOTICED*

**Odean L Volker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OIP Limited**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2002 | 1 | COMPLAINT FOR VIOLATION OF SECTION 15 OF THE SECURITIES ACT, VIOLATIONS OF SECTION 11 OF THE SECURITIES ACT, Negligent Misrepresentation, Fraud and Deceit, Violation of Section 10(B) and 20(A) of The Securities Exchange Act, filed Summons issued and Notice pursuant to 28 USC 636(c); Filing Fee $150.00, Receipt #455382 [Entry date SDNY 11/12/02] Silvercreek II Ltd, Onyx Industrial Svcs, Peeble Ltd filed; (fmremp) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |
| 11/07/2002 | 2 | RULE 1.9 CERTIFICATE by Pltfs SilverCreek Mgmt, etals, filed (fmremp) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |
| 11/07/2002 | | CASE REFERRED to Judge Gerard E Lynch as possibly related to 1:02cv413 [entry date 11/12/03 SDNY] (fmremp) (Entered: 03/10/2003) |
| 12/06/2002 | | Case accepted as related to 1:02cv413; Notice of assignment to follow [entry date 12/16/02 SDNY] (fmremp) (Entered: 03/10/2003) |
| 12/06/2002 | 3 | Notice of case assignment to Judge Gerard E Lynch; copy of notice and judge's rules mailed to attorney(s) of record: H Adam Prussin, Stanley M Grossman [entry dated 12/16/02 SDNY] (fmremp) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |

| 12/06/2002 | | Magistrate Judge Debra C Freeman designated [entry date 12/16/02 SDNY] (fmremp) (Entered: 03/10/2003) |
|---|---|---|
| 02/26/2003 | 4 | AMENDED COMPLAINT by Silvercreek Mgt Inc, Silvercreek Ltd Part, Silvercreek II Ltd, Onyx Industrial Svcs, Peeble Ltd amending [1−1] complaint against all original named defts except David B Duncan, Donald Dreyfus, James Friedlieb, Roger d Willard, Gregory Hale, John Sorrels, Danny Rudloff, C E Andrews and Kirkland &Ellis, filed. [entry date 2/27/03 SDNY] (Placed a brown expandable folder) (fmremp) Modified on 03/16/2003 Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |
| 03/04/2003 | 5 | Certified True Copy of Conditional MDL Transfer Out Order from the MDL Panel...transferring action from the USDC, SDNY to the Southern District of Texas [entered, ptys ntfd SDNY] (fmremp) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |
| 03/04/2003 | | Remark: File sent to Houston, Texas via FedEx (pleadings 1−3) #8334 2374 3751, rec'd 3/6/03 (fmremp) (Entered: 03/10/2003) |
| 03/06/2003 | | Original file, certified copy of transfer order and docket sheet received from the Southern District of New York; did not receive instrument #4 (fmremp) Modified on 03/10/2003 (Entered: 03/10/2003) |
| 03/06/2003 | | Consolidated Member Case Lead Case Number: MDL 1446 (fmremp) (Entered: 03/10/2003) |
| 03/07/2003 | 6 | MOTION for additional time in which to serve the summons and complaint upon individuals defts; declaration of Steven N Williams by Pltfs Silvercreek Mgt Inc, Silvercreek Ltd Part, Silvercreek II Ltd, Onyx Industrial Svcs and Peeble Ltd, Motion Docket Date 3/27/03 [6−1] motion , filed. (fmremp) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/10/2003) |
| 03/17/2003 | 7 | NOTICE of consolidation by Rebecca Mark−Jusbasche, filed. (ddarneille) Additional attachment(s) added on 6/19/2006 (tthompson, ). (Entered: 03/18/2003) |
| 03/17/2003 | 8 | ORDER OF CONSOLIDATION pursuant to order entered 12/12/01 in H.01−3624, this member case is consolidated into lead case H.01−3624; Silvercreek pltfs' [6−1] motion for additional time in which to serve the summons and complaint upon individuals defts is granted (120 days), entered; Parties notified. (signed by Judge Melinda Harmon) (ddarneille) (Entered: 03/18/2003) |
| 03/17/2003 | | Consolidated Member Case; Lead Case Number: H.01−3624. (ddarneille) (Entered: 03/18/2003) |
| 03/17/2003 | 9 | Copy of ORDER OF DISMISSAL as to deft Philip A Randall (#1279 in H.01−3624), entered; Parties notified. (signed by Judge Melinda Harmon) (ddarneille) (Entered: 03/20/2003) |
| 03/17/2003 | 10 | Copy of ORDER OF DISMISSAL as to deft Roman W McAlindon (#1293 in H.01−3624), entered; Parties notified. (signed by Judge Melinda Harmon) (ddarneille) (Entered: 03/20/2003) |
| 04/27/2005 | 11 | Opposed MOTION for Extension of Time Opt Out of Class Action Settlement by all plaintiffs, filed. Motion Docket Date 5/17/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Williams, Steven) Modified on 5/6/2005 (kmurphy, ). (Ref CA H 01−3624 #3424) (Entered: 04/27/2005) |
| 04/27/2005 | 12 | DECLARATION in support re: 11 Opposed MOTION for Extension of Time Opt Out of Class Action Settlement by all plaintiffs, filed.(Williams, Steven) Modified on 5/6/2005 (kmurphy, ). (Ref CA H 01−3624 #3425) (Entered: 04/27/2005) |
| 04/27/2005 | 13 | DECLARATION in support re: 11 Opposed MOTION for Extension of Time Opt Out of Class Action Settlement by all plaintiffs, filed.(Williams, Steven) Modified on 5/6/2005 (kmurphy, ). (Ref CA H 01−3624 #3426) (Entered: 04/27/2005) |
| 04/27/2005 | 14 | PROPOSED ORDER re: 11 Opposed MOTION for Extension of Time Opt Out of Class Action Settlement, filed.(Williams, Steven) Modified on 5/6/2005 (kmurphy, ). (Ref CA H 01−3624 #3427) (Entered: 04/27/2005) |

| 05/19/2005 | 15 | ORDER DENYING 11 Motion to Extend Date to Opt Out of Settlements.( Signed by Judge Melinda Harmon ) Parties notified.(rwestmoreland, ) (Entered: 05/20/2005) |
|---|---|---|
| 10/20/2005 | 16 | MOTION Confidential Treatment of Certain Exhibits and Testimony of Louise Morwick by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, filed. Motion Docket Date 11/9/2005. (Attachments: # 1 Proposed Order)(kmurphy, ) (Entered: 11/08/2005) |
| 11/16/2005 | 17 | ORDER granting the 16 Motion for Confidential Treatment of Certain Exhibits and Testimony of Louis Morwick. The deposition testimony and exhibits identified in Exhibit A to Silvercreek's Motion shall be deemed "Confidential" in accordance with the Court's July 2, 2004 Confidentiality Order for Deposition Testimony and Exhibits .( Signed by Judge Melinda Harmon ) Parties notified.(psmith, ) (Entered: 11/17/2005) |
| 11/16/2005 | 18 | MOTION Confidential Treatment of Certain Exhibits and Testimony of Robert Kittel by all plaintiffs, filed. Motion Docket Date 12/6/2005. (Attachments: # 1 Proposed Order)(kmurphy, ) (Entered: 11/17/2005) |
| 12/13/2005 | 19 | MOTION for Confidential Treatment of certain exhibits and testimony of Bryn Joynt by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Peeble Limited Partnership, filed. Motion Docket Date 1/3/2006. (Attachments: # 1 Proposed Order)(ckrus, ) (Entered: 12/14/2005) |
| 12/15/2005 | 20 | Unopposed MOTION for Confidential Treatment of Certain Deposition Exhibits Marked at the Deposition of Eric Hage by Citigroup Inc, filed. Motion Docket Date 1/4/2006. (Attachments: # 1 Affidavit Declaration of Daniel Levi with Exhibits A and B# 2 Proposed Order)(Scott, Jacalyn) (Entered: 12/15/2005) |
| 12/19/2005 | 21 | ORDER granting 18 Motion for Confidential Treatment of Certain Exhibits and Testimony of Robert Kittel.( Signed by Judge Melinda Harmon ) Parties notified.(ltien, ) (Entered: 12/20/2005) |
| 12/30/2005 | 22 | ORDER granting admission pro hac vice as to David A Carducci for Silvercreek Management Company Inc.( Signed by Judge Melinda Harmon ) Parties notified.(ltien, ) (Entered: 01/03/2006) |
| 01/05/2006 | 23 | ORDER granting 19 Motion for Confidential Treatment of Certain Exhibits and Testimony of Bryn Joynt.( Signed by Judge Melinda Harmon ) Parties notified.(ltien, ) (Entered: 01/06/2006) |
| 01/12/2006 | 24 | ORDER granting 20 Motion for Confidential Treatment of Certain Deposition Exhibits of Eric Hage.( Signed by Judge Melinda Harmon ) Parties notified.(bthomas, ) (Entered: 01/12/2006) |
| 03/09/2006 | 25 | MOTION for Entry of Confidentiality Order re: Documents Produced by Silvercreek by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Peeble Limited Partnership, filed. Motion Docket Date 3/29/2006. (Attachments: # 1 Proposed Order)(hlerma, ) (Entered: 03/10/2006) |
| 03/15/2006 | 26 | CONFIDENTIALITY ORDER granting 25 Unopposed Motion for Confidentiality Order Regarding Documents Produced by Silvercreek.( Signed by Judge Melinda Harmon ) Parties notified.(htippen, ) (Entered: 03/16/2006) |
| 03/27/2006 | 27 | Mail Returned Undeliverable as to attorney John J McKetta, III re: 26 Order on Motion for Entry of Order , filed. (jbradford, ) (Entered: 03/27/2006) |
| 04/05/2006 | 28 | Opposed MOTION to Expedite Opposed Motion to Permit Silvercreek Plaintiffs to Opt Out of Citigroup and JP Morgan Settlements and to Remain in CIBC Settlement Class and Request for Expedited Consideration; Declaration of Steven N. Williams by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, filed. Motion Docket Date 4/25/2006. (Attachments: # 1 Proposed Order Granting Motion for Expedited Consideration of Opposed Motion to Permit Silvercreek Plaintiffs to Opt Out of Citigroup and JP Morgan Settlements and to Remain in CIBC Class# 2 Proposed Order Granting Opposed Motion to Permit Silvercreek Plaintiffs to Opt Out of Citigroup and JP Morgan Settlements and to |

| | | |
|---|---|---|
| | | Remain in CIBC Settlement Class)(Williams, Steven) (Entered: 04/05/2006) |
| 04/06/2006 | 29 | ORDER Granting Motion for Expedited Consideration of 28 Opposed Mtn to Permit Silvercreek Pltfs to Opt Out of Citigroup and JP Morgan Settlements and to Remain in CIBC Class. Parties wishing to file a response shall respond by 04/11/06. ( Signed by Judge Melinda Harmon ) Parties notified.(htippen, ) (Entered: 04/06/2006) |
| 04/11/2006 | 30 | Joint RESPONSE in Opposition to 28 Opposed MOTION to Expedite Opposed Motion to Permit Silvercreek Plaintiffs to Opt Out of Citigroup and JP Morgan Settlements and to Remain in CIBC Settlement Class and Request for Expedited Consideration; Declaration of Steven N. Williams, filed by Citigroup Inc, J.P. Morgan Securities, Inc., J P Morgan Chase &Co. (Scott, Jacalyn) (Entered: 04/11/2006) |
| 04/12/2006 | 31 | ORDER: The Opposed 28 Motion to Permit Silvercreek Pltfs to Opt Out of Citigroup and JP Morgan Settlements and to Remain in CIBC Settlement Class is DENIED .( Signed by Judge Melinda Harmon ) Parties notified.(psmith, ) (Entered: 04/13/2006) |
| 08/18/2006 | 32 | MOTION to Amend 4 Amended Complaint/Counterclaim/Crossclaim etc., by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. Motion Docket Date 9/7/2006. (Attachments: # 1 Complaint Second Amended Complaint# 2 Complaint Second Amended Complaint# 3 Exhibit A to Complaint A &B# 4 Exhibit B to Complaint A &B# 5 Exhibit C to Complaint A &B# 6 Exhibit D to Complaint A &B# 7 Exhibit E to Complaint A &B# 8 Exhibit F1 to Complaint B# 9 Exhibit F2 to Complaint B# 10 Exhibit G to Complaint B# 11 Exhibit G2 to Complaint B# 12 Exhibit H for Complaint B# 13 Errata H2 to Complaint B# 14 Exhibit H3 to Complaint B# 15 Exhibit H4 to Complaint B# 16 Exhibit I for Complaint B# 17 Exhibit I2 for Complaint B# 18 Exhibit J for Complaint B# 19 Exhibit K1 for Complaint B# 20 Exhibit K2 for Complaint B# 21 Exhibit K3 for Complaint B# 22 Exhibit K4 for Complaint B# 23 Exhibit K5 for Complaint# 24 Exhibit K6 for Complaint# 25 Exhibit K7 for Complaint# 26 Proposed Order Granting Motion for Leave to Amend# 27 Certificate of Service)(Williams, Steven) (Entered: 08/18/2006) |
| 08/20/2006 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals , filed.(jdavenport, ) (Entered: 08/20/2006) |
| 08/31/2006 | 33 | Prepared and forwarded disks of appellate record to Joseph Perez, priority overnight via FedEx, per request , filed.(jdavenport, ) (Entered: 08/31/2006) |
| 09/07/2006 | 34 | Notice in RESPONSE to 32 MOTION to Amend 4 Amended Complaint/Counterclaim/Crossclaim etc.,, filed by Goldman, Sachs &Co, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, Barclay's Capital Inc, Barclay's PLC, Merrill Lynch &Co Inc, Citigroup Inc, and Citigroup Global Markets Inc, JPMorgan Chase &Co, J.P. Morgan Securities, Inc., J P Morgan Chase &Co. (swhite) (Entered: 09/08/2006) |
| 09/12/2006 | 35 | RESPONSE to 32 MOTION to Amend 4 Amended Complaint/Counterclaim/Crossclaim etc.,, filed by Arthur Andersen. (hlerma, ) (Entered: 09/12/2006) |
| 09/28/2006 | 36 | MOTION to Stay Obligation to Respond to "Opt–Out" Complaints During Pendency of Criminal Proceedings by Richard A Causey, filed. Motion Docket Date 10/18/2006. (Attachments: # 1 Proposed Order)(jbradford, ) (Entered: 09/29/2006) |
| 10/23/2006 | 37 | Fifth Circuit Court of Appeals LETTER advising Judgment Issued as Mandate Only (USCA No. 06–20026), filed.(ghassan) (Entered: 10/24/2006) |
| 10/23/2006 | 38 | Fifth Circuit Court of Appeals LETTER advising of Corrected Memorandum to Counsel or Parties – Unopposed Motion to Suspend Briefing Until Record is Complete is Granted. Court to Complete Notice of Certified Supplemental Record on Appeal by Oct. 31, 2006. (USCA No. 06–20026), filed.(pcrawford, ) (Entered: 10/24/2006) |

| 10/23/2006 | 39 | Entry of Dismissal of USCA for the Fifth Circuit (Certified copy) dated 10/16/06; USCA No. 06–20026. Appeal is Dismissed by Stipulation of the Parties, filed.(ghassan) (Entered: 10/24/2006) |
|---|---|---|
| 11/06/2006 | 40 | ORDER, Attorney George W Billy Shepherd, III for Thomas H Bauer and Debra A Cash added Attorney Russell Hardin, Jr terminated.( Signed by Judge Melinda Harmon ) Parties notified.(sbyrum, ) (Entered: 11/07/2006) |
| 12/05/2006 | 41 | NOTICE of Change of Address by Lawrence Byrne, Lance Croffoot–Suede, Ruth E. Harlow, Joseph B. Schmit (Linklaters), counsel for Deutsche Bank AG, filed. (Byrne, Lawrence) (Entered: 12/05/2006) |
| 12/06/2006 | 42 | Unopposed MOTION for Confidential Treatment of Certain Deposition Testimony of Susan D Abbott by Citigroup Inc, filed. Motion Docket Date 12/26/2006. (Attachments: # 1 Affidavit Declaration of Jason C. Rubenstein with Exhibits A and B# 2 Proposed Order Granting Motion for Confidential Treatment)(Scott, Jacalyn) (Entered: 12/06/2006) |
| 12/12/2006 | 43 | OPINION AND ORDER Denying Richard Causey's 36 MOTION to Stay Obligation to Respond to "opt–out" complaints during pendency of criminal proceedings.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 12/14/2006) |
| 12/20/2006 | 44 | MOTION for Confidential Treatment of Certain Deposition Testimony of Peter Tufano by J.P. Morgan Securities, Inc., J P Morgan Chase &Co, filed. Motion Docket Date 1/9/2007. (Bowen, James) (Entered: 12/20/2006) |
| 12/20/2006 | 45 | PROPOSED ORDER re: 44 MOTION for Confidential Treatment of Certain Deposition Testimony of Peter Tufano, filed.(Bowen, James) (Entered: 12/20/2006) |
| 01/04/2007 | 46 | NOTICE of Dismissal as to Vinson &Elkins by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Williams, Steven) (Entered: 01/04/2007) |
| 01/05/2007 | 47 | PROPOSED ORDER re: 46 Notice of Dismissal, filed.(Williams, Steven) (Entered: 01/05/2007) |
| 01/08/2007 | 48 | MOTION for Barbara L. Lyons to Appear Pro Hac Vice by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Pebble Limited Partnership, Peeble Limited Partnership, filed. Motion Docket Date 1/29/2007. (mmar, ) (Entered: 01/09/2007) |
| 01/09/2007 | 49 | ORDER OF DISMISSAL as to Defendant Vinson &Elkins only.( Signed by Judge Melinda Harmon ) Parties notified.(ealexander, ) (Entered: 01/10/2007) |
| 01/09/2007 | | *** Party Vinson &Elkins terminated. (ealexander, ) (Entered: 01/10/2007) |
| 01/11/2007 | 50 | Agreed MOTION for Extension of Time Respond to Complaint by Richard A Causey, filed. Motion Docket Date 1/31/2007. (Attachments: # 1 Proposed Order)(Mace, Carl) (Entered: 01/11/2007) |
| 01/22/2007 | 51 | ORDER granting 44 Motion for Confidential Treatment.( Signed by Judge Melinda Harmon ) Parties notified.(htippen, ) (Entered: 01/23/2007) |
| 01/22/2007 | 52 | ORDER granting 32 Silvercreek's Motion for Leave to file Amended Complaints.( Signed by Judge Melinda Harmon ) Parties notified.(chorace, ) (Entered: 01/23/2007) |
| 01/25/2007 | 53 | Second AMENDED Complaint with Jury Demand against Credit Suisse First Boston LLC, Pershing LLC, Philip A Randall, Roman W McAlindon, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, Barclay's Capital Inc, Barclay's PLC, Merrill Lynch &Co, Andersen Worldwide Societe Cooperative, Andersen Co, Arthur Andersen–Puerto Rico, Andersen LLP, Arthur Andersen–Brazil, Arthur Andersen, Joseph F Berardino, Thomas H Bauer, Debra A Cash, David Stephen Goddard, Jr, Gary B Goolsby, Michael M Lowther, Benjamin S Neuhasen, David Michael C Odom, Richard R Petersen, John E Stewart, Michael L Bennett, William E Swanson, Michael D Jones, Kenneth L Lay, Jeffrey K Skilling, Andrew S |

| | | Fastow, Richard A Causey, Richard B Buy, Citigroup Inc, John V Derrick, Jr, J.P. Morgan Securities, Inc., J P Morgan Chase &Co filed by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E1# 6 Exhibit E2# 7 Exhibit F1# 8 Exhibit F2# 9 Exhibit G1# 10 Exhibit G2# 11 Exhibit H1# 12 Exhibit H2# 13 Exhibit H3# 14 Exhibit H4# 15 Exhibit I1# 16 Exhibit I2# 17 Exhibit J)(Williams, Steven) (Entered: 01/25/2007) |
|---|---|---|
| 02/01/2007 | 54 | ORDER granting 50 Motion for Extension of Time.( Signed by Judge Melinda Harmon ) Parties notified.(mmar, ) (Entered: 02/02/2007) |
| 02/01/2007 | 55 | ORDER granting Citigroup Inc's Unopposed Motion for Confidential Treatment of Certain Deposition Testimony of Susan D Abbott 42 Motion for Confidential Treatment.( Signed by Judge Melinda Harmon ) Parties notified.(sbyrum, ) (Entered: 02/02/2007) |
| 02/05/2007 | 56 | NOTICE *OF LAW FIRM NAME CHANGE* by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Williams, Steven) (Entered: 02/05/2007) |
| 02/16/2007 | 57 | Agreed MOTION Setting Briefing Schedule for the Bank Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint by Deutsche Banc Alex Brown Inc, Deutsche Bank AG, Barclay's Capital Inc, Barclay's PLC, Merrill Lynch &Co, Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, Credit Suisse First Boston LLC, Pershing LLC, Onyx Industrial Services Inc, Citigroup Inc, filed. Motion Docket Date 3/8/2007. (Attachments: # 1 Proposed Order Granting Agreed Motion Setting Briefing Schedule)(Scott, Jacalyn) Modified on 2/22/2007 (sbyrum, ). (Entered: 02/16/2007) |
| 02/21/2007 | 58 | ORDER granting 57 Agreed Motion Setting Briefing Schedule For the Bank Defendants' Motions to Dismiss Pltffs' Second Amended Complaints.Silvercreek/ Bank Defts answer date extended to 04/02/07 and Pltf's time to file opposition is extended to 05/18/07; Reply deadline extended to 06/04/07.( Signed by Judge Melinda Harmon ) Parties notified.(htippen, ) (Entered: 02/21/2007) |
| 02/21/2007 | 59 | Agreed MOTION for Entry of Order re: Setting Briefing Schedule For Certain Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaints (Instr. Nos. 95 &53) by Arthur Andersen, Thomas H Bauer, Debra A Cash, David Stephen Goddard, Jr, Gary B Goolsby, Michael M Lowther, Benjamin S Neuhasen, David Michael C Odom, Richard R Petersen, John E Stewart, Michael L Bennett, William E Swanson, Michael D Jones, filed. Motion Docket Date 3/13/2007. (Shepherd, George) (Entered: 02/21/2007) |
| 02/22/2007 | 60 | PROPOSED ORDER re: 59 Agreed MOTION for Entry of Order re: Setting Briefing Schedule For Certain Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaints (Instr. Nos. 95 &53)Agreed MOTION for Entry of Order re: Setting Briefing Schedule For Certain Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaints (Instr. Nos. 95 &53), filed.(Shepherd, George) (Entered: 02/22/2007) |
| 02/27/2007 | 61 | ORDER granting 59 Agreed Motion Setting Briefing Schedule for Certain Defendants' Motion to Dismiss Plaintiff's 2nd Amended Complaint. ( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 02/28/2007) |
| 03/23/2007 | 62 | Fifth Circuit Court of Appeals LETTER advising Motion to suspend briefing notice until record is complete is Granted. (USCA No. 06–20026), filed.(esmith, ) (Entered: 03/29/2007) |
| 04/05/2007 | 63 | Agreed MOTION for Extension of Time Respond to Complaints by Richard Causey, filed.Motion Docket Date 4/25/2007. (Mace, C. Robert) (Entered: 04/05/2007) |
| 04/12/2007 | 64 | Unopposed MOTION for Extension of Time to Respond to Complaints by Jeffrey K Skilling, filed. Motion Docket Date 5/2/2007. (Barrett, Shannon) (Entered: |

| | | 04/12/2007) |
|---|---|---|
| 04/13/2007 | 65 | Unopposed MOTION for Entry of Order re: Partial Final Judgment Pursuant to Fed. R. Civ. P.54(b) and Bar Order by Vinson &Elkins LLP, filed. Motion Docket Date 5/3/2007. (Johnston, Jeffrey) (Entered: 04/13/2007) |
| 04/16/2007 | 66 | ORDER granting Deft Skilling's 64 Motion for Extension of Time to Respond to Complaints on or before 07/11/07.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 04/17/2007) |
| 04/17/2007 | 67 | ORDER granting Richard Causey's 63 Motion for Extension of Time to Respond to Complaints until 08/09/07.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 04/19/2007) |
| 04/17/2007 | 68 | ORDER granting 65 Motion for Entry of Order.( Signed by Judge Melinda Harmon ) Parties notified.(bgoolsby, ) (Entered: 04/19/2007) |
| 04/17/2007 | 69 | FINAL JUDGMENT as to Vinson &Elkins LLP.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 04/19/2007) |
| 05/01/2007 | 70 | NOTICE *of Change of Firm Name by Linklaters* by Deutsche Bank AG, filed. (Byrne, Lawrence) (Entered: 05/01/2007) |
| 07/12/2007 | 71 | Unopposed MOTION for Extension of Time to Respond to Complaint by Jeffrey K Skilling, filed. Motion Docket Date 8/1/2007. (Barrett, Shannon) (Entered: 07/12/2007) |
| 07/13/2007 | 72 | ORDER granting 71 Motion for Extension of Time to Respond to Complaints on or before 10/9/07.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 07/16/2007) |
| 08/21/2007 | 73 | ORDER of USCA for the FIFTH CIRCUIT dated 8/21/2007; USCA No. 06−20587. the joint motion of all parties to designate documents for the record on appeal is GRANTED., filed.(jdav, ) (Entered: 08/21/2007) |
| 08/24/2007 | 74 | Order of USCA for the Fifth Circuit (copy) dated 08/21/07; USCA No. 06−20587. The joint motion of all parties to designate the following documents for the record on appeal is granted, filed.(dbiagas, ) (Entered: 08/27/2007) |
| 09/21/2007 | 75 | Fifth Circuit Court of Appeals LETTER advising This supplemental designated record is due within 15 days. Document #1194 was already designated by the joint motion of parties granted on 8/21/07, and should be included in the first designated record, therefore this document should not be duplicated in the supplement. (USCA No. 06−20587), filed.(dbiagas, ) Additional attachment(s) added on 9/21/2007 (dbiagas, ). (Entered: 09/21/2007) |
| 10/08/2007 | 76 | Unopposed MOTION for Extension of Time to Respond to Complaint by Jeffrey K Skilling, filed. Motion Docket Date 10/29/2007. (Barrett, Shannon) (Entered: 10/08/2007) |
| 10/16/2007 | 77 | ORDER granting 76 Unopposed MOTION for Extension of Time to Respond to Complaint. Answer due 12/10/2007. ( Signed by Judge Melinda Harmon ) Parties notified.(ypippin, ) (Entered: 10/16/2007) |
| 11/01/2007 | 78 | Entry of Dismissal of USCA for the Fifth Circuit (certified copy) dated 10/24/07 re: 4799 Notice of Appeal ; USCA No. 06−20587. Pursuant to the stipulation of the parties this appeal is dismissed,, filed. (dbiagas, ) (Entered: 11/08/2007) |
| 11/29/2007 | 79 | Agreed MOTION for Extension of Time Respond to Complaints by Richard Causey, filed. Motion Docket Date 12/19/2007. (Mace, C. Robert) (Entered: 11/29/2007) |
| 12/06/2007 | 80 | Unopposed MOTION for Extension of Time to Respond to Complaint by Jeffrey K Skilling, filed. Motion Docket Date 12/26/2007. (Barrett, Shannon) (Entered: 12/06/2007) |
| 12/06/2007 | 81 | ORDER granting 79 Agreed MOTION for Extension of Time Respond to Complaints Responses due by 4/5/2008.( Signed by Judge Melinda Harmon ) Parties notified.(ltrevino, ) Additional attachment(s) added on 12/12/2007 (ltien, ). |

| | | (Entered: 12/06/2007) |
|---|---|---|
| 01/25/2008 | 82 | ORDER granting 80 Motion for Extension of Time. Jeffrey K. Skilling to answer by 3/9/2008.( Signed by Judge Melinda Harmon ) Parties notified.(ypippin, ) (Entered: 01/25/2008) |
| 03/07/2008 | 83 | Unopposed MOTION for Extension of Time to Respond to Complaint by Jeffrey K Skilling, filed. Motion Docket Date 3/27/2008. (Attachments: # 1 Proposed Order)(Barrett, Shannon) (Entered: 03/07/2008) |
| 03/11/2008 | 84 | ORDER granting Jeffrey Skilling's 83 Unopposed MOTION for Extension of Time to Respond to Complaint. Answer due by 4/8/2008.( Signed by Judge Melinda Harmon ) Parties notified.(kmurphy, ) (Entered: 03/12/2008) |
| 03/14/2008 | 85 | Letter from Steven Williams re: Barbara Lyons removal from service list, filed. (jbradford, ) (Entered: 03/14/2008) |
| 04/03/2008 | 86 | MOTION to Dismiss *State Law Claims* by Richard Causey, filed. Motion Docket Date 4/23/2008. (Attachments: # 1 Proposed Order Order)(Mace, C. Robert) (Entered: 04/03/2008) |
| 04/03/2008 | 87 | This is a duplicate of 86 . MOTION to Dismiss State Law Claims by Richard Causey, filed. Motion Docket Date 4/23/2008. (Attachments: # 1 Proposed Order)(mharrison, ) Modified on 4/9/2008 (ltien, ). (Entered: 04/04/2008) |
| 04/08/2008 | 88 | ANSWER to 53 Amended Complaint by Jeffrey K Skilling, filed.(Barrett, Shannon) (Entered: 04/08/2008) |
| 04/14/2008 | 89 | DECLARATION of Richard A. Causey re: 86 MOTION to Dismiss *State Law Claims*, filed.(Mace, C. Robert) (Entered: 04/14/2008) |
| 04/22/2008 | 90 | RESPONSE in Opposition to 86 MOTION to Dismiss *State Law Claims*, filed by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership. (Attachments: # 1 Proposed Order)(Williams, Steven) (Entered: 04/22/2008) |
| 06/17/2008 | 91 | Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. F/K/A Salomon Smith Barney ( Motion Docket Date 7/7/2008.), Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. F/K/A Salomon Smith Barney by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Attachments: # 1 Proposed Order of Final Judgment and Dismissal as to Citigroup Inc. and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Order)(Williams, Steven) Modified on 6/23/2008 (mrios, ). (Entered: 06/17/2008) |
| 06/18/2008 | 92 | STIPULATION of Dismissal *with Prejudice and for Entry of Final Judgment* by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Attachments: # 1 Proposed Order Final Judgment and Bar Order)(Williams, Steven) (Entered: 06/18/2008) |
| 06/19/2008 | 93 | Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney) ( Motion Docket Date 7/9/2008.), Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and |

| | | |
|---|---|---|
| | | Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders, Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Williams, Steven) (Entered: 06/19/2008) |
| 06/19/2008 | 94 | Amended PROPOSED ORDER *of Final Judgment and Dismissal as to Citigroup Inc. and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Order* re: 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and |

| | | Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders, filed.(Williams, Steven) (Entered: 06/19/2008) |
|---|---|---|
| 06/19/2008 | 95 | Agreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to Expedite Consideration of, andAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders ( Motion Docket Date 7/9/2008.), Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders, Agreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, |

| | | Inc.) and Bar Orders by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. (Williams, Steven) (Entered: 06/19/2008) |
|---|---|---|
| 06/19/2008 | 96 | Amended PROPOSED ORDER *of Final Judgment and Dismissal as to Citigroup Inc. and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Order* re: 95 Agreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. |

(F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Amend 93 Agreed MOTION to Amend 91 Agreed MOTION to Expedite Consideration of, and for Entry of Orders of Dimissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney)Agreed MOTION to ExpAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION to Expedite Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed

| | | MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar OrdersAgreed MOTION for Entry of Order re: Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.) and Bar Orders, filed.(Williams, Steven) (Entered: 06/19/2008) |
| 06/23/2008 | 97 | FINAL JUDGMENT and BAR ORDER.(Signed by Judge Melinda Harmon) Parties notified.(sbyrum, ) (Entered: 06/25/2008) |
| 07/22/2008 | 98 | ORDER OF DISMISSAL granting 95 Second Amended Agreed MOTION for Expedited Consideration of, and for Entry of Orders of Dismissal with Prejudice of Citigroup, Inc., and Citigroup Global Markets Inc. (F/K/A Salomon Smith Barney, Inc.,).(Signed by Judge Melinda Harmon) Parties notified.(chorace) (Entered: 07/23/2008) |
| 02/09/2009 | 99 | OPINION AND ORDER denying 86 Defendant Richard A. Causey's Motion to Dismiss. The Court ORDERS that Causey's motion to dismiss for lack of personal jurisdiction is DENIED.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 02/09/2009) |
| 02/16/2009 | 100 | ANSWER to 53 Amended Complaint/Counterclaim/Crossclaim etc.,,,,, with Jury Demand by Richard Causey, filed.(Mace, C. Robert) (Entered: 02/16/2009) |
| 08/25/2009 | 101 | Agreed MOTION to Substitute Attorney Sperling &Slater, P.C. in place of Cotchett, Pitre &McCarthy, Agreed MOTION for Cotchett, Pitre &McCarthy to Withdraw as Attorney( Motion Docket Date 9/17/2009.) by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Pebble Limited Partnership, filed. (Attachments: # 1 Proposed Order [Proposed] Order |

| | | |
|---|---|---|
| | | Allowing Withdrawal and Substitution of Counsel)(Williams, Steven) (Entered: 08/25/2009) |
| 10/28/2009 | 102 | ORDER granting 101 Agreed MOTION to Substitute Attorney Sperling &Slater, P.C. in place of Cotchett, Pitre &McCarthy ; Agreed MOTION for Cotchett, Pitre &McCarthy to Withdraw as Attorney, Attorney Bruce S. Sperling for Silvercreek Management Inc, Silvercreek Limited Partnership and Silvercreek II Limited added Attorney Aron K Liang and Steven Noel Williams terminated.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 10/28/2009) |
| 10/30/2009 | 103 | MOTION for Scott F. Hessell to Appear Pro Hac Vice by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. Motion Docket Date 11/19/2009. (Hessell, Scott) (Entered: 10/30/2009) |
| 10/30/2009 | 104 | MOTION for Bruce S. Sperling to Appear Pro Hac Vice by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. Motion Docket Date 11/19/2009. (Hessell, Scott) (Entered: 10/30/2009) |
| 10/30/2009 | 105 | MOTION for Eugene J. Frett to Appear Pro Hac Vice by Silvercreek Management Inc, Silvercreek Limited Partnership, Silvercreek II Limited, Onex Industrial Partners Limited, Pebble Limited Partnership, filed. Motion Docket Date 11/19/2009. (Hessell, Scott) (Entered: 10/30/2009) |
| 11/02/2009 | 106 | ORDER granting 103 Scott Hessell's Motion to Appear Pro Hac Vice.(Signed by Judge Melinda Harmon) Parties notified.(dgould) (Entered: 11/03/2009) |
| 11/02/2009 | 107 | ORDER granting 104 Bruce Sperling's Motion to Appear Pro Hac Vice.(Signed by Judge Melinda Harmon) Parties notified.(dgould) (Entered: 11/03/2009) |
| 11/02/2009 | 108 | ORDER granting 105 Motion to Appear Pro Hac Vice.(Signed by Judge Melinda Harmon) Parties notified.(esmith, ) (Entered: 11/04/2009) |
| 06/25/2010 | 109 | MOTION to Lift Stay, MOTION to Amend ( Motion Docket Date 7/16/2010.), MOTION for Status Hearing by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. (Attachments: # 1 Exhibit 1: Proposed 3d Am Compl, # 2 Continuation Ex. A to 3d Am Compl., # 3 Continuation Ex. B to 3d Am Compl., # 4 Continuation Ex. C to 3d Am Compl., # 5 Continuation Ex. D to 3d Am Compl., # 6 Continuation Ex. E to 3d Am Compl., # 7 Continuation Ex. F to 3d Am Compl., # 8 Continuation Ex. G to 3d Am Compl., # 9 Continuation Ex. H to 3d Am Compl., # 10 Continuation Ex. I to 3d Am Compl., # 11 Exhibit 2: Proposed Order)(Hessell, Scott) (Entered: 06/25/2010) |
| 07/16/2010 | 110 | RESPONSE to 109 MOTION to Lift Stay MOTION to Amend MOTION for Status Hearing filed by Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Pershing LLC. (Volker, Odean) (Entered: 07/16/2010) |
| 07/16/2010 | 111 | RESPONSE to 109 MOTION to Lift Stay MOTION to Amend MOTION for Status Hearing, filed by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC. (Abrams, Barry) (Entered: 07/16/2010) |
| 07/22/2010 | 112 | Unopposed MOTION for Leave to File Reply by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. Motion Docket Date 8/12/2010. (Hessell, Scott) (Entered: 07/22/2010) |
| 07/26/2010 | 113 | ORDER granting 112 Motion for Leave to File Reply.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 07/27/2010) |
| 07/28/2010 | 114 | MOTION for Joshua J. Fritsch to Appear Pro Hac Vice by Barclay's Capital Inc, Barclay's PLC, filed. Motion Docket Date 8/18/2010. (Abrams, Barry) (Entered: 07/28/2010) |

| 07/28/2010 | 115 | REPLY in Support of 109 MOTION to Lift Stay MOTION to Amend MOTION for Status Hearing, filed by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc. (Hessell, Scott) (Entered: 07/28/2010) |
|---|---|---|
| 08/03/2010 | 116 | ORDER granting 114 MOTION for Joshua J. Fritsch to Appear Pro Hac Vice,.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 08/04/2010) |
| 02/24/2011 | 117 | NOTICE of Appearance by Eric D. Wade and Daniel K. Hedges on behalf of Deutsche Banc Alex Brown Inc, filed. (Wade, Eric) (Entered: 02/24/2011) |
| 02/28/2011 | 118 | Agreed MOTION for Joel Androphy to Withdraw as Attorney by Deutsche Banc Alex Brown Inc, Deutsche Bank AG, filed. Motion Docket Date 3/21/2011. (Attachments: # 1 Proposed Order Granting Agreed Motion by Berg &Androphy to Withdraw)(Wade, Eric) (Entered: 02/28/2011) |
| 03/01/2011 | 119 | ORDER granting 118 Agreed MOTION for Joel Androphy to Withdraw as Attorney, Attorney Joel M Androphy terminated.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 03/01/2011) |
| 08/09/2011 | 120 | ORDER granting 109 Motion to Lift Stay; granting 109 Motion to Amend; granting 109 Motion for Hearing( Scheduling Conference set for 9/16/2011 at 01:30 PM in Courtroom 9C before Judge Melinda Harmon).(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 08/09/2011) |
| 08/11/2011 | 121 | COMPLAINT against Barclay's Capital Inc, Barclay's PLC, Richard Buy, Richard Causey, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, John V Derrick, Jr, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, Estate of Kenneth Lay, Andrew S Fastow, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Kenneth L Lay, Merrill Lynch &Co, Pershing LLC, Jeffrey K Skilling filed by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc. (Attachments: # 1 Exhibit Exhibits A to C, # 2 Exhibit Exhibits D to E, # 3 Exhibit Exhibit F, # 4 Exhibit Exhibit G, # 5 Exhibit Exhibit H, # 6 Exhibit Exhibit I)(Hessell, Scott) (Entered: 08/11/2011) |
| 08/26/2011 | 122 | Unopposed MOTION for Extension of Time to Move to Dismiss or Answer the Silvercreek Plaintiffs' Third Amended Complaint by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC, filed. Motion Docket Date 9/16/2011. (Attachments: # 1 Proposed Order)(Volker, Odean) (Entered: 08/26/2011) |
| 09/01/2011 | 123 | ORDER granting 122 Motion for Extension of Time to move to dismiss or answer Silvercreek Plaintiff's Third Amended Complaint Answer due by 9/27/2011.(Signed by Judge Melinda Harmon) Parties notified.(arrivera, ) (Entered: 09/01/2011) |
| 09/07/2011 | 124 | Unopposed MOTION for Extension of Time to Respond to Third Amended Complaint by Jeffrey K Skilling, filed. Motion Docket Date 9/28/2011. (Attachments: # 1 Proposed Order)(Petrocelli, Daniel) (Entered: 09/07/2011) |
| 09/12/2011 | 125 | ORDER granting 124 Motion for Extension of Time Answer due by 9/30/2011.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 09/13/2011) |
| 09/16/2011 | 126 | Minute Entry for proceedings held before Judge Melinda Harmon. SCHEDULING CONFERENCE held on 9/16/2011. Motions to be dismissed to be filed by 09/27/11; responses by 11/14/11; replies by 12/09/11. The Court anticipates ruling by 01/16/12. With reopening discovery, discovery motions are due by 01/30/12. Responses by 02/20/12 and replies by 02/27/12. (Scheduling Order to issue.) Appearances: See Attached For Appearances.(Court Reporter: Fred Warner), filed.(htippen, ) (htippen, ). (Entered: 09/16/2011) |
| 09/16/2011 | 127 | SCHEDULING ORDER pursuant to the conference on 09/16/11, the Court ORDERS that the following new deadlines relating to the pltf's 121 Third |

| | | |
|---|---|---|
| | | Amended Complaint are in effect. Financial Institution defts' motion to dismiss by 09/27/11; individual defts' responsive pleadings by 09/30/11; Pltfs' responses to motions to dismiss by 11/14/11; Defts' replies by 12/09/11. The Court will attempt to resolve these motions by 01/16/12. If appropriate, tother motions, such as motions to reopen discovery, shall be filed by 01/30/12; Responses to these motions due by 02/20/12; Replies by 02/27/12.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 09/16/2011) |
| 09/22/2011 | 128 | ANSWER to 121 Complaint,, with Jury Demand by Richard Causey, filed.(Mace, C. Robert) (Entered: 09/22/2011) |
| 09/27/2011 | 129 | Joint MOTION to Dismiss 121 Complaint,, by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC, filed. Motion Docket Date 10/18/2011. (Attachments: # 1 Proposed Order Proposed Order)(Volker, Odean) (Entered: 09/27/2011) |
| 09/27/2011 | 130 | Joint MEMORANDUM in Support re: 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC, filed. (Attachments: # 1 Exhibit Declaration of Odean Volker and Exhibit 1)(Volker, Odean) (Entered: 09/27/2011) |
| 09/27/2011 | 131 | MEMORANDUM re: 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, by Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Pershing LLC, filed.(Volker, Odean) (Entered: 09/27/2011) |
| 09/27/2011 | 132 | Supplemental MEMORANDUM in Support *of Motion to Dismiss Plaintiffs' Third Amended Complaint (with Certificate of Service)* re: 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, by J P Morgan Chase &Co, J.P. Morgan Securities, Inc., filed.(Youngwood, Jonathan) (Entered: 09/27/2011) |
| 09/27/2011 | 133 | Supplemental MEMORANDUM in Support of Motion to Dismiss Plaintiffs' Third Amended Complaint *(with Certificate of Service)* re: 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, by Barclay's Capital Inc, Barclay's PLC, filed. (Attachments: # 1 Declaration of Joshua Fritsch)(Fritsch, Joshua) (Entered: 09/27/2011) |
| 09/27/2011 | 134 | DECLARATION of Jonathan K. Youngwood in Support of JPMorgan Chase's Supplemental Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Third Amended Complaint (with Certificate of Service) re: 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Youngwood, Jonathan) (Entered: 09/27/2011) |
| 09/27/2011 | 135 | MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)* by Deutsche Bank AG, filed. Motion Docket Date 10/18/2011. (Attachments: # 1 Affidavit Declaration of Kiah Beverly–Graham in Support of Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Third Amended Complaint (Docket #121), # 2 Exhibit A, # 3 Exhibit B)(Wade, Eric) (Entered: 09/27/2011) |
| 09/30/2011 | 136 | ANSWER to 121 Complaint,, by Jeffrey K Skilling, filed.(Petrocelli, Daniel) (Entered: 09/30/2011) |
| 09/30/2011 | 137 | JOINDER in 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Notice of Joinder and Joinder in Financial Institutions' Motions to Dismiss Third Amended Complaint (Docket No. 121)*, filed by Jeffrey K Skilling. (Petrocelli, Daniel) (Entered: 09/30/2011) |

| | | |
|---|---|---|
| 11/04/2011 | 138 | Agreed MOTION to Amend 127 Order,, by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. Motion Docket Date 11/25/2011. (Hessell, Scott) (Entered: 11/04/2011) |
| 11/10/2011 | 139 | AMENDED SCHEDULING ORDER granting 138 Motion to Amend.Pltf's responses to mtns to dismiss due by 12/05/11; Replies by 01/20/12; the Court will attempt to rule on the motions by 02/20/12. if appropriate, other motions, such as motions to reopen discovery shll be filed by 03/01/12 with responses by 03/21/12 and replies by 03/28/12. (Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 11/14/2011) |
| 12/06/2011 | 140 | RESPONSE in Opposition to 135 MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)* MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)* MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)*, 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc. (Hessell, Scott) (Entered: 12/06/2011) |
| 12/06/2011 | 141 | DECLARATION of Scott F. Hessell re: 140 Response in Opposition to Motion,,,,, filed.(Hessell, Scott) (Entered: 12/06/2011) |
| 01/03/2012 | 142 | Corrected RESPONSE in Opposition to 135 MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)* MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)* MOTION to Dismiss 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,, *Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket # 121)*, 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc. (Hessell, Scott) (Entered: 01/03/2012) |
| 01/04/2012 | 143 | NOTICE *of Supplemental Authority in Support of Their Opposition to Bank Defendants' Motions To Dismiss* re: 140 Response in Opposition to Motion,,,, 142 Response in Opposition to Motion,,,, by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. (Hessell, Scott) (Entered: 01/04/2012) |
| 01/18/2012 | 144 | MOTION for Extension of Time to Reply in Support of Motion to Dismiss by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC, filed. Motion Docket Date 2/8/2012. (Attachments: # 1 Proposed Order)(Volker, Odean) (Entered: 01/18/2012) |
| 01/19/2012 | 145 | ORDER granting 144 Motion for Extension of Time.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 01/23/2012) |
| 01/27/2012 | 146 | Joint REPLY in Support of 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC. (Volker, Odean) (Entered: 01/27/2012) |

| 01/27/2012 | 147 | REPLY in Support of 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by J P Morgan Chase &Co, J.P. Morgan Securities, Inc.. (Youngwood, Jonathan) (Entered: 01/27/2012) |
| 01/27/2012 | 148 | REPLY in Support of 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by Barclay's Capital Inc, Barclay's PLC. (Abrams, Barry) (Entered: 01/27/2012) |
| 01/27/2012 | 149 | REPLY in Support of 129 Joint MOTION to Dismiss 121 Complaint,,Joint MOTION to Dismiss 121 Complaint,,, filed by Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Pershing LLC. (Volker, Odean) (Entered: 01/27/2012) |
| 01/27/2012 | 150 | REPLY *Memorandum in Further Support to Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket No. 121)*, filed by Deutsche Bank AG. (Wade, Eric) (Entered: 01/27/2012) |
| 02/22/2012 | | Archive Data: FRC Shipment id: 2013, Accession number: 021−10−0232, Location number: SHELVED, Box number: 26, Type of documents sent to FRC: c, Date documents shipped to FRC: 12/14/2009, Disposal authority: IIA7b(2), Disposal date: 01/01/2035, Restriction code: N, Notes: Closed Civil Case Files. Notes 2: 4:01CV229 through 4:02CV2296, filed. (dkellyadi, ) (Entered: 02/22/2012) |
| 02/29/2012 | 151 | Unopposed MOTION for Extension of Time Motions to Reopen Discovery by Barclay's Capital Inc, Barclay's PLC, Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, J P Morgan Chase &Co, J.P. Morgan Securities, Inc., Merrill Lynch &Co, Pershing LLC, filed. Motion Docket Date 3/21/2012. (Volker, Odean) (Entered: 02/29/2012) |
| 03/02/2012 | 152 | ORDER granting 151 Motion for Extension of Time.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 03/06/2012) |
| 06/15/2012 | 153 | Agreed MOTION for Entry of Order re: by Barclay's Capital Inc, Barclay's PLC, filed. Motion Docket Date 7/6/2012. (Attachments: # 1 Proposed Order Proposed Order of Final Judgment and Dismissal)(Abrams, Barry) (Entered: 06/15/2012) |
| 06/20/2012 | 154 | ORDER OF FINAL JUDGMENT AND DISMISSAL AS TO BARCLAYS PLC AND BARCLAYS CAPITAL AND BAR ORDER granting 153 Agreed MOTION for Entry of Order re:, Barclay's Capital Inc and Barclay's PLC terminated(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) (Entered: 06/20/2012) |
| 03/04/2013 | 155 | NOTICE of Change of Address by Lawrence Byrne, counsel for Deutsche Bank AG, filed. (Byrne, Lawrence) (Entered: 03/04/2013) |
| 03/05/2013 | 156 | Clerks Notice regarding CMECF notice returned undeliverable from jscott@wsd−law.com on the account of Jacalyn D Scott. The referenced email address has been deleted from your CM/ECF account, filed. (tferguson, ) (Entered: 03/05/2013) |
| 07/09/2013 | 157 | ORDER. Status Report due within thirty days(Signed by Judge Melinda Harmon) Parties notified.(rvazquez) (Entered: 07/09/2013) |
| 08/07/2013 | 158 | STATUS REPORT by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed.(Hessell, Scott) (Entered: 08/07/2013) |
| 08/07/2013 | 159 | MOTION for Richard Warren Mithoff to Withdraw as Attorney by J P Morgan Chase &Co, J.P. Morgan Securities, Inc., filed. Motion Docket Date 8/28/2013. (Attachments: # 1 Proposed Order)(Mithoff, Richard) (Entered: 08/07/2013) |
| 08/29/2013 | 160 | ORDER granting 159 Motion to Withdraw as Attorney. Attorney Richard Warren Mithoff, Jr terminated.(Signed by Judge Melinda Harmon) Parties notified.(rvazquez) (Entered: 09/03/2013) |
| 09/17/2013 | 161 | Mail Returned Undeliverable as to attorney H Adam Prussin as to Silvercreek Management Inc re: 160 Order on Motion to Withdraw as Attorney, filed. (hler, 4) (Entered: 09/17/2013) |

| 09/17/2013 | 162 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek Management Inc re: 160 Order on Motion to Withdraw as Attorney, filed. (hler, 4)Address updated for Mr Grossman. (Entered: 09/18/2013) |
|---|---|---|
| 10/01/2013 | 163 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek Management Inc re: 160 Order on Motion to Withdraw as Attorney, filed. (hler, 4)Re−noticed to new address. (Entered: 10/01/2013) |
| 10/01/2013 | 164 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek Limited Partnership re: 160 Order on Motion to Withdraw as Attorney, filed. (hler, 4)Re−noticed to new address. (Entered: 10/01/2013) |
| 10/15/2013 | 165 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek Management Inc re: 160 Order on Motion to Withdraw as Attorney, filed. (vcantu, 5) (Entered: 10/16/2013) |
| 01/03/2014 | 166 | Agreed MOTION for Entry of Order re: Dismissal with Prejudice of JPMorgan Securities, Inc. and JP Morgan Chase &Co. and Bar Order by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. Motion Docket Date 1/24/2014. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(Hessell, Scott) (Entered: 01/03/2014) |
| 01/07/2014 | 167 | ORDER OF DISMISSAL granting 166 Agreed MOTION for Entry of Order re: Dismissal with Prejudice of JPMorgan Securities, Inc. and JP Morgan Chase &Co. and Bar Order (Signed by Judge Melinda Harmon) Parties notified.(rvazquez) (Entered: 01/10/2014) |
| 01/16/2014 | 168 | Mail Returned Undeliverable as to attorney Jacalyn D Scott re: 167 Order of Dismissal, filed. (sgonzalez, 5) (Entered: 01/22/2014) |
| 01/29/2014 | 169 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek Management Inc re: 167 Order of Dismissal, filed. (ccarnew, 3) (Entered: 01/29/2014) |
| 01/30/2014 | 170 | Mail Returned Undeliverable as to attorney H Adam Prussin re: 167 Order of Dismissal, filed. (mmapps, 4) (Entered: 01/30/2014) |
| 05/23/2014 | 171 | STATUS REPORT by Onex Industrial Partners Limited, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed.(Hessell, Scott) (Entered: 05/23/2014) |
| 08/27/2014 | 172 | Unopposed MOTION to Substitute Attorney Ruth E. Harlow in place of Lawrence Byrne by Deutsche Banc Alex Brown Inc, Deutsche Bank AG, filed. Motion Docket Date 9/17/2014. (Attachments: # 1 Proposed Order)(Wade, Eric) (Entered: 08/27/2014) |
| 08/27/2014 | 173 | MOTION Admission Pro Hac Vice by Deutsche Banc Alex Brown Inc, Deutsche Bank AG, filed. Motion Docket Date 9/17/2014. (Wade, Eric) (Entered: 08/27/2014) |
| 09/02/2014 | 174 | ORDER granting 173 Motion to Appear Pro Hac Vice as to Ruth E. Harlow.(Signed by Judge Melinda Harmon) Parties notified.(rhawkins, 4) (Entered: 09/04/2014) |
| 09/02/2014 | 175 | ORDER granting 172 Motion to Substitute Attorney.(Signed by Judge Melinda Harmon) Parties notified.(rhawkins, 4) (Entered: 09/04/2014) |
| 09/15/2014 | 176 | Mail Returned Undeliverable as to attorney Alicia A Pell as to Arthur Andersen re: 175 Order on Motion to Substitute Attorney, filed. (mperez, 1) (Entered: 09/15/2014) |
| 09/16/2014 | 177 | Unopposed MOTION to Substitute Attorney Odean L. Volker in place of Lawrence D. Finder by Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Pershing LLC, filed. Motion Docket Date 10/7/2014. (Attachments: # 1 Proposed Order Proposed Order)(Volker, Odean) (Entered: 09/16/2014) |
| 09/19/2014 | 178 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek II Limited re: 174 Order on Motion for Miscellaneous Relief, filed. (jguajardo, 4) |

| | | (Entered: 09/19/2014) |
|---|---|---|
| 09/19/2014 | 179 | Mail Returned Undeliverable as to attorney H Adam Prussin as to Silvercreek II Limited re: 174 Order on Motion for Miscellaneous Relief, filed. (jguajardo, 4) (Entered: 09/19/2014) |
| 09/19/2014 | 180 | Mail Returned Undeliverable as to attorney H Adam Prussin as to Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc re: 175 Order on Motion to Substitute Attorney, filed. (jguajardo, 4) (Entered: 09/19/2014) |
| 09/19/2014 | 181 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc re: 175 Order on Motion to Substitute Attorney, filed. (jguajardo, 4) (Entered: 09/19/2014) |
| 09/19/2014 | 182 | ORDER granting 177 Motion to Substitute Attorney. Attorney Lawrence David Finder terminated.(Signed by Judge Melinda Harmon) Parties notified.(amwilliams, 4) (Entered: 09/22/2014) |
| 09/22/2014 | 183 | Mail Returned Undeliverable as to attorney Alicia A Pell as to Arthur Andersen re: 174 Order on Motion for Miscellaneous Relief, filed. (rosaldana, 4) (Entered: 09/22/2014) |
| 09/23/2014 | 184 | Mail Returned Undeliverable as to attorney Jacalyn D Scott as to Citigroup Inc re: 175 Order on Motion to Substitute Attorney, filed. (jguajardo, 4) (Entered: 09/23/2014) |
| 09/23/2014 | 185 | Mail Returned Undeliverable as to attorney Jacalyn D Scott as to Citigroup Inc re: 174 Order on Motion for Miscellaneous Relief, filed. (jguajardo, 4) (Entered: 09/23/2014) |
| 03/31/2015 | 186 | MOTION to Reset A Target Ruling Date, or, in the Alternative, for a Status Hearing by Onyx Industrial Services Inc, Pebble Limited Partnership, Peeble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. Motion Docket Date 4/21/2015. (Hessell, Scott) (Entered: 03/31/2015) |
| 11/09/2015 | 187 | MOTION to Remand by Onyx Industrial Services Inc, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. Motion Docket Date 11/30/2015. (Hessell, Scott) (Entered: 11/09/2015) |
| 11/25/2015 | 188 | RESPONSE in Opposition to 187 MOTION to Remand, filed by Credit Suisse First Boston (USA) Inc, Credit Suisse First Boston LLC, Deutsche Banc Alex Brown Inc, Deutsche Bank AG, Merrill Lynch &Co, Pershing LLC. (Volker, Odean) (Entered: 11/25/2015) |
| 03/21/2016 | 189 | NOTICE *of Filing of Silvercreek Plaintiff's Motion for Remand to the Southern District of New York (as filed before the Judicial Panel on Multidistrict Litigation)* by Onyx Industrial Services Inc, Pebble Limited Partnership, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc, filed. (Attachments: # 1 Exhibit Exhibits A – C, # 2 Exhibit Exhibit D, # 3 Exhibit Exhibit E)(Hessell, Scott) (Entered: 03/21/2016) |
| 04/05/2016 | 190 | NOTICE of Appearance by C. Robert Mace on behalf of Richard Causey, filed. (Mace, C. Robert) (Entered: 04/05/2016) |
| 06/02/2016 | 191 | JPML REMAND ORDER remanding case to Southern District of New York to be included in MDL Docket No. 1446. Case terminated on 6/2/2016. Parties notified. (ltien, 4) (Entered: 06/06/2016) |
| 06/06/2016 | | Interdistrict transfer to Southern District of New York. Case transferred electronically. (ltien, 4) (Entered: 06/06/2016) |
| 06/10/2016 | 193 | Mail Returned Undeliverable as to attorney Stanley M Grossman as to Onyx Industrial Services Inc, Silvercreek II Limited, Silvercreek Limited Partnership, Silvercreek Management Inc re: 191 Conditional Transfer Order, filed. (dnoriega, 1) (Entered: 06/13/2016) |
| 06/13/2016 | 192 | Mail Returned Undeliverable as to H Adam Prussin, Pomerantz Haudek et al re: 191 Conditional Transfer Order, filed. (szellers, 7) (Entered: 06/13/2016) |