# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
KRIS F. HEINZELMAN
PHILIP A. GELSTON
RICHARD W. CLARY
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN

ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44 20 7453 1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

+1-212-474-1227

WRITER'S EMAIL ADDRESS

rclary@cravath.com

JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA

J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———

OF COUNSEL

MICHAEL L. SCHLER

October 5, 2016

Silvercreek Management Inc., et al. v. Citigroup, Inc., et al.,
No. 02-cv-08881-JPO (S.D.N.Y.)

The Honorable J. Paul Oetken
　United States District Court for the Southern District of New York
　　40 Foley Square
　　New York, NY 10007

Dear Judge Oetken:

　　We write on behalf of the Financial Institution Defendants (Credit Suisse, Deutsche Bank and Merrill Lynch) to oppose plaintiffs' request for leave to submit a 120-page opposition to the motions to dismiss.

　　In a July 29, 2016 letter to the Court, the Financial Institution Defendants sought leave to submit a joint memorandum of no more than 40 pages, with (two) defendant-specific memoranda of no more than 15 pages each (for a potential total of 70 pages). In that letter and in prior communications with plaintiffs, the Financial Institution Defendants explained that they would have no objection to a corresponding page extension for plaintiffs' oppositions to match the pages permitted for memoranda in support. Plaintiffs stated at the time that they "do not object to your request for additional pages but we'd like to reserve judgement [sic] on many [sic] additional pages we need until we review Defendants' submissions." (July 28, 2016 Email from S. Hessell to D. Korn.) The Court granted leave, and on August 5, 2016, the Financial Institution Defendants filed 60 pages of memoranda in support: a joint memorandum (35 pages) and two defendant-specific memoranda (10 and 15 pages).

After extensions to plaintiffs' filing deadline that defendants did not oppose, plaintiffs waited until today, the day before their brief is due, to ask the Financial Institution Defendants about page limits. Plaintiffs now ask this Court for leave to respond to 60 pages of briefing with up to 120 pages in opposition. Plaintiffs suggest that because they were permitted to file a lengthy opposition under the rules of the Southern District of Texas Court, they should be allowed to follow the same standard in this Court. However, this Court typically restricts memoranda of law in support and opposition to 25 pages, while the Texas Court has no such limits. Plaintiffs state that they need the extensive additional space because of the number of contested claims and the 275-page length of their operative complaint, but neither justifies such a wide expansion beyond the opening briefs, and plaintiffs give no clear reason why they cannot respond to defendants' arguments in briefs of comparable length. A 120-page opposition, twice the length of defendants' submissions, is likely to introduce extraneous issues and confusion and lead to similarly lengthy replies, all disserving this Court.

Instead, the Financial Institution Defendants reiterate their suggestion that plaintiffs be granted leave to submit an opposition brief of 70 pages, the same number of additional pages that defendants were permitted in the Court's August 1, 2016 Order (40 pages for the joint memorandum, 15 pages each for the defendant-specific memoranda), which is still more pages than defendants in fact used. If plaintiffs need an additional extension of time in order to edit their opposition to a more reasonable length, the Financial Institution Defendants have no objection.

\* \* \*

Respectfully submitted,

By: /s/ Richard W. Clary
Richard W. Clary
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1227
Facsimile: (212) 474-3700

ATTORNEYS FOR DEFENDANTS CREDIT SUISSE FIRST BOSTON (USA), INC. (N/K/A CREDIT SUISSE (USA), INC.), CREDIT SUISSE FIRST BOSTON LLC (N/K/A CREDIT SUISSE SECURITIES (USA) LLC) AND PERSHING LLC (F/K/A DONALDSON, LUFKIN & JENRETTE SECURITIES CORP.)

By: /s/ Adam S. Hakki
Adam S. Hakki
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7216
Facsimile: (646) 858-7216

ATTORNEYS FOR DEFENDANT MERRILL LYNCH & CO., INC. (N/K/A BANK OF AMERICA CORPORATION)

By: /s/ Ruth E. Harlow
Ruth E. Harlow
PEPPER HAMILTON LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 808-2725
Facsimile: (800) 642-4512

ATTORNEYS FOR DEFENDANTS DEUTSCHE BANK AG AND DEUTSCHE BANK ALEX. BROWN, INC. (N/K/A DEUTSCHE BANK SECURITIES INC.)

VIA ECF

Copies to: All Counsel of Record via ECF