# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

November 8, 2017

The Honorable J. Paul Oetken
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Silvercreek Management Inc., *et al.* v. Citigroup, Inc., *et al.*,
No. 02-cv-08881-JPO (S.D.N.Y.)

Dear Judge Oetken:

We write on behalf of the Financial Institution Defendants in this matter: Credit Suisse First Boston LLC (n/k/a Credit Suisse Securities (USA) LLC), Credit Suisse First Boston (USA), Inc. (n/k/a Credit Suisse (USA), Inc.) and Pershing LLC ("Credit Suisse"); Deutsche Bank Alex. Brown, Inc. (n/k/a Deutsche Bank Securities Inc.) and Deutsche Bank AG ("Deutsche Bank"); and Merrill Lynch & Co. ("Merrill Lynch").

The Financial Institution Defendants will be filing their motions for summary judgment on November 10, 2017. We write to respectfully request permission to file under seal on November 10, 2017, our memoranda of law, rule 56.1 statements, and other associated documents (*e.g.*, declarations) and exhibits, and to then file redacted versions of the same materials on ECF by no later than November 17, 2017. Under this proposal, Plaintiffs and the Court will still receive full and unredacted versions of all materials on November 10, 2017, consistent with the current deadline in this case, and any necessary motions to seal, along with our proposed redacted versions, on November 17, 2017. Plaintiffs do not oppose this request.

Our submissions extensively quote or otherwise refer to material from the factual record in this case, much of which has been designated "Confidential" or "Highly Confidential." We request additional time to file redacted versions of these materials so that we may review and redact them in a manner consistent with all applicable confidentiality orders.

ABU DHABI | BEIJING | BRUSSELS | DUBAI | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MILAN | NEW YORK
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SAUDI ARABIA* | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*DR. SULTAN ALMASOUD & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP
NYDOCS04/612777.1

The Honorable J. Paul Oetken                                            November 8, 2017
Page 2

Due to the volume of exhibits, we request permission to send to Your Honor's Chambers the exhibits to our motions via secure file transfer protocol and our memoranda of law, rule 56.1 statements, and other associated documents via e-mail to OetkenNYSDChambers@nysd.uscourts.gov.

Respectfully submitted,


By:   /s/ Daniel Lewis
Adam S. Hakki
Daniel Lewis
Mary Pennisi
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7216
ahakki@shearman.com
daniel.lewis@shearman.com
mary.pennisi@shearman.com

ATTORNEYS FOR DEFENDANT
MERRILL LYNCH & CO., INC. (N/K/A
BANK OF AMERICA CORPORATION)

By:   /s/ Richard W. Clary
Richard W. Clary
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1227
rclary@cravath.com

ATTORNEYS FOR DEFENDANTS
CREDIT SUISSE FIRST BOSTON (USA), INC. (N/K/A CREDIT SUISSE (USA), INC.), CREDIT SUISSE FIRST BOSTON LLC (N/K/A CREDIT SUISSE SECURITIES (USA) LLC) AND PERSHING LLC (F/K/A DONALDSON, LUFKIN & JENRETTE SECURITIES CORP.)

By:   /s/ Owen C. Pell
Owen C. Pell
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8891
opell@whitecase.com

ATTORNEYS FOR DEFENDANTS
DEUTSCHE BANK AG AND DEUTSCHE BANK ALEX. BROWN, INC. (N/K/A DEUTSCHE BANK SECURITIES INC.)