**DEFENDANT'S MEMORANDUM OF LAW**

**WILL BE PUBLICALLY FILED ON NOVEMBER 17, 2017,**

**PURSUANT TO THE ORDER HEREIN DATED NOV. 9, 2017**