# Exhibit C112

## Donaldson, Lufkin & Jenrette
Donaldson, Lufkin & Jenrette Securities Corporation
277 Park Avenue
New York, NY 10172

July 14, 2000

Enron Corp.
1400 Smith Street
Houston, TX 77002-7361

Attention:   Ms. Cheryl Lipshutz

Through the closing date of July 12, 2000

In connection with the Project Osprey transaction

FOR DLJ FEES:

| | |
|---|---|
| Structuring, Advisory & Placement Fee: | $500,000.00 |
| *Total DLJ Fees:* | *$500,000.00* |

FOR DEUTSCHE BANK FEES:

| | |
|---|---|
| Placement Fee: | $500,000.00 |
| *Total Deutsche Bank Fees:* | *$500,000.00* |

**TOTAL FEES**                                                                                    **$1,000,000.00**

CSFBLLC 005707622