UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVERCREEK MANAGEMENT, INC. *et al.*,

                    Plaintiff,

-v-

CITIGROUP, INC., *et al.*,

                    Defendant.

02-CV-8881 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On January 10, 2019, the Court entered an Order of Final Judgment and Dismissal that dismissed with prejudice Plaintiffs' claims against all parties who have appeared in this action other than those claims brought against Defendants Richard A. Causey and Jeffrey K. Skilling. (*See* Dkt. No. 239.)

On or before February 13, 2019, Plaintiffs shall file a letter with the Court indicating whether Plaintiffs intend to pursue the matter as to Defendants Causey and Skilling. If Plaintiffs fail to do so by February 13, 2019, all remaining claims against Defendants Causey and Skilling will be dismissed for lack of prosecution.

    SO ORDERED.

Dated: January 17, 2019
       New York, New York

                                              J. PAUL OETKEN
                                       United States District Judge