IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVERCREEK MANAGEMENT INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   02-cv-8881-JPO<br>) |
| CITIGROUP, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining parties to this action stipulate to the dismissal of the following claims asserted by Plaintiffs in their Third Amended Complaint against defendants Jeffrey Skilling and Richard Causey, with each party to bear its own costs and attorneys' fees: Count Four (Fraud and Deceit); Count Five (Negligent Misrepresentation); and Count Ten (Violation of 10(b) of the Securities Exchange Act and Rule 1 0(b )(5)).

DATED: March 12, 2019

//
//
//
//
//
//
//
//
//
//
//
//

SO STIPULATED:

SILVERCREEK MANAGEMENT INC.,
SILVERCREEK LIMITED PARTNERSHIP,
SILVERCREEK II LIMITED, OIP LIMITED,
and PEBBLE LIMITED PARTNERSHIP

By: _____

Lyndon Mitchell Tretter
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110

Bruce S. Sperling (pro hac vice)
Eugene J. Frett (pro hac vice)
Scott F. Hessell (pro hac vice)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Attorneys for Plaintiffs

RICHARD A. CAUSEY

By: _____

C. Robert Mace
FERNELIUS, SIMON, MACE, ROBETSON, PERDUE PLLC
1221 McKinney, Suite 3200
Houston, TX 77010
Attorneys for Richard A. Causey


JEFFREY K. SKILLING

By: _____

Jeffrey A. Barker
Ashley Berk
Laura Perry
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attorneys for Jeffrey K. Skilling

SO STIPULATED:

SILVERCREEK MANAGEMENT INC.,
SILVERCREEK LIMITED PARTNERSHIP,
SILVERCREEK II LIMITED, OIP LIMITED,
and PEBBLE LIMITED PARTNERSHIP

By: *Eug J. Frett*

Lyndon Mitchell Tretter
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110

Bruce S. Sperling (pro hac vice)
Eugene J. Frett (pro hac vice)
Scott F. Hessell (pro hac vice)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Attorneys for Plaintiffs

RICHARD A. CAUSEY

By: _____

C. Robert Mace
FERNELIUS, SIMON, MACE, ROBETSON, PERDUE PLLC
1221 McKinney, Suite 3200
Houston, TX 77010
Attorneys for Richard A. Causey

JEFFREY K. SKILLING

By: *Jeffrey A Bk*

Jeffrey A. Barker
Ashley Berk
Laura Perry
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attorneys for Jeffrey K. Skilling

2