## SPERLING & SLATER
PROFESSIONAL CORPORATION

TELEPHONE  
(312) 641-3200  
FACSIMILE  
(312) 641-6492

55 WEST MONROE STREET  
SUITE 3200  
CHICAGO, IL 60603

March 12, 2019

**VIA ECF**  
Honorable J. Paul Oetken  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    *Silvercreek Management, Inc., et al. v. Citigroup, Inc., et al.,*  
             **Case No. 02-CV-08881-JPO**

Dear Judge Oetken:

      We represent Plaintiffs in the above captioned matter. In light of our continued settlement negotiations with counsel for both remaining Defendants, Messrs. Causey and Skilling, we request a short extension of the summary judgment motion filing schedule in Your Honor's Order of February 26, 2019 (docket # 245). Specifically, we respectfully request that the summary judgment schedule be modified as follows:

- The time for Plaintiffs to file a summary judgment motion be extended from March 15, 2019 to March 29, 2019. This will correspond to the existing March 29, 2019 date for Plaintiffs to provide Defendants Causey and Skilling with complete copies of Plaintiffs' summary judgment evidence and discovery responses, for which no extension is sought.

- The time for Defendants Causey and Skilling to file their respective oppositions to Plaintiffs' summary judgment motion be extended from June 10, 2019 to June 17, 2019.

- The time for Plaintiffs to their reply brief in support of their summary judgment motion remains July 12, 2019.

SPERLING & SLATER

Honorable J. Paul Oetken                                         March 12, 2019
                                                                 Page 2

      Under this requested extension the July 12, 2019 closing date for the briefing of Plaintiffs' summary judgment motion does not change. Separately, Plaintiffs have filed a Fed.R.Civ.P. 41(a)(1)(A)(ii) stipulation voluntarily dismissing Counts Four, Five and Ten of the Third Amended Complaint (docket #246).

      Counsel for Plaintiffs has consulted with the respective counsel for Defendants Causey and Skilling, and Defendants have no objection to this letter motion.

                                          Respectfully submitted,

                                          Eugene J. Frett

cc:    *Counsel of Record (via ECF)*