**SPERLING & SLATER**
PROFESSIONAL CORPORATION

TELEPHONE
(312) 641-3200
FACSIMILE
(312) 641-6492

55 WEST MONROE STREET
SUITE 3200
CHICAGO, IL 60603

March 25, 2019

**VIA ECF**
Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Silvercreek Management, Inc., et al. v. Citigroup, Inc., et al.*
            **Case No. 02-CV-8881-JPO**

Dear Judge Oekten:

    We represent Plaintiffs in the above captioned matter. We are pleased to inform the Court that we have reached an agreement-in-principle to settle with one of the two remaining defendants, Richard Causey. We are still negotiating with counsel for the other defendant, Jeffrey Skilling. To allow those remaining negotiations to run their course, we request another brief extension of the summary judgment motion filing schedule. Specifically, we request that the summary judgment schedule be modified as follows:

- The time for Plaintiffs to file a summary judgment motion as to Defendant Skilling be extended from March 29, 2019 to April 8, 2019. The time for Plaintiffs to provide Defendant Skilling with complete copies of Plaintiffs' summary judgment evidence and discovery responses be likewise extended to April 8, 2019.

- The time for Defendant Skilling to file his opposition to Plaintiffs' summary judgment motion be extended from June 17, 2019 to June 27, 2019.

- The time for Plaintiffs to their reply brief in support of their summary judgment motion be extended from July 12, 2019 to July 19, 2019.

    Separately, Plaintiffs will file a Fed.R.Civ.P. 41(a)(1)(A)(ii) stipulation voluntarily dismissing Defendant Causey as soon as the settlement documentation has been completed.

SPERLING & SLATER

Honorable J. Paul Oekten  March 25, 2019
Page 2

      Counsel for Plaintiffs has consulted with the respective counsel for Defendants Causey and Skilling, and Defendants have no objection to this letter motion.

      Respectfully submitted,

      Eugene J. Frett

cc:   *Counsel of Record (via ECF)*