**SPERLING & SLATER**
PROFESSIONAL CORPORATION

TELEPHONE
(312) 641-3200
FACSIMILE
(312) 641-6492

April 5, 2019

55 WEST MONROE STREET
SUITE 3200
CHICAGO, IL 60603

**VIA ECF**
Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Silvercreek Management, Inc., et al. v. Citigroup, Inc., et al.,*
              **Case No. 02-CV-08881-JPO**

Dear Judge Oetken:

      We represent Plaintiffs in the above captioned matter, and submit this letter on behalf of Plaintiffs with the concurrence of Defendant Jeffrey Skilling. We are pleased to inform the Court that Plaintiffs and Defendant Skilling have reached an agreement-in-principle to settle the remaining claims in this action, subject to appropriate documentation. Plaintiffs will file a Fed.R.Civ.P. 41(a)(1)(A)(ii) stipulation voluntarily dismissing Defendant Skilling as soon as the settlement documentation has been completed.

Respectfully submitted,

*[signature]*

Eugene J. Frett

cc:   *Counsel of Record (via ECF)*